# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Dwayne Jeffery Visk aka Dewayne Visk         CHAPTER 13

                   Debtor(s)                                BKY. NO. 20-20361 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                               Respectfully submitted,

                                               **/s/James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               Attorney I.D. No. 42524
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               412-430-3594
                                               jwarmbrodt@kmllawgroup.com