**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-20361-JAD |
| | ) | |
| Dwayne J. Visk | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| | ) | |
| Dwayne J. Visk | ) | |
|     Movant | ) | Related to Doc. #11 |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## ORDER OF COURT

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is **GRANTED**. It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the time for filing the completed Chapter 13 Petition is extended to February 28, 2020.

Dated: __February 19__, 2020

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/19/20 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dwayne Jeffery Visk  
       Debtor

Case No. 20-20361-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                    Page 1 of 1                  Date Rcvd: Feb 19, 2020  
                      Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db           +Dwayne Jeffery Visk,   1520 Arthur Drive,   Verona, PA 15147-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:  
      Albert G. Reese, Jr.   on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com  
      James Warmbrodt   on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
      Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 5