## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )        Case No. 20-20361-JAD
                                          )
Dwayne Jeffery Visk                       )        Chapter 13
        Debtor                            )
                                          )        Doc. No.:
                                          )
Dwayne Jeffery Visk                       )
        Movant                            )
                                          )        Related to Doc. #20
        v.                                )
                                          )
Ronda J. Winnecour, Trustee               )
        Respondent                        )

## ORDER OF COURT

Counsel's Motion Requesting an Extension of Time to file a completed Chapter 13 Petition is

**GRANTED**. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the time for filing the

completed Chapter 13 Petition is extended to March 13, 2020.

Dated: _____March 5_____, 2020        _____
                                           The Honorable Jeffery A. Deller
                                           United States Bankruptcy Judge

FILED
3/5/20 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dwayne Jeffery Visk
      Debtor

Case No. 20-20361-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Mar 05, 2020
      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db      +Dwayne Jeffery Visk,   1520 Arthur Drive,   Verona, PA 15147-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
    Albert G. Reese, Jr.  on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
    James Warmbrodt  on behalf of Creditor  PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
    Jennifer L. Cerce  on behalf of Creditor  Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
    Keri P. Ebeck  on behalf of Creditor  Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
    Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
    S. James Wallace  on behalf of Creditor  Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      TOTAL: 7