| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RL / XZ2 23743853 | 01/ | 1292355 | 1 of 1 | Earnings Statement | ADP |

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Period Starting: 02/24/2020
Period Ending: 03/08/2020
Pay Date: 03/06/2020

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:  0              Federal:
  State:    0              State:
  Local:    0              Local:
Social Security Number:  XXX-XX-XXXX

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 41.00 | 451.00 | 2348.50 |
| Gross Pay | | | $451.00 | $2,348.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.00 | 213.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -30.48 | 167.46 |
| Social Security | -27.96 | 145.61 |
| Medicare | -6.54 | 34.05 |
| Pennsylvania State Income | -13.85 | 72.10 |
| Pennsylvania State UI | -0.27 | 1.41 |
| Penn Hills T Local Income | -7.89 | 41.10 |
| Penn Hills Twp Local | -2.00 | 10.00 |
| Net Pay | $362.01 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 362.01 |

Your federal taxable wages this period are $451.00

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Pay Date:    03/06/2020

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 362.01 |

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RL / XZ2 23743853 | 01/ | 127990 | 1 of 1 | Earnings Statement | ADP |

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Period Starting: 02/10/2020
Period Ending: 02/23/2020
Pay Date: 02/21/2020

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 0           Federal:
  State:   0           State:
  Local:   0           Local:
Social Security Number: XXX-XX-XXXX

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 55.00 | 605.00 | 1897.50 |
| Gross Pay | | | $605.00 | $1,897.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 55.00 | 172.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.47 | 136.98 |
| Social Security | -37.51 | 117.65 |
| Medicare | -8.77 | 27.51 |
| Pennsylvania State Income | -18.57 | 58.25 |
| Pennsylvania State UI | -0.36 | 1.14 |
| Penn Hills T Local Income | -10.59 | 33.21 |
| Penn Hills Twp Local | -2.00 | 8.00 |
| Net Pay | $479.73 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 479.73 |

Your federal taxable wages this period are $605.00

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Pay Date:    02/21/2020

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 479.73 |

THIS IS NOT A CHECK

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Company Code | Loc/Dept | Number | Page | |
|---|---|---|---|---|
| RL / XZ2 23743853 | 01/ | 12551415 | 1 of 1 | Earnings Statement |

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

ADP

Period Starting: 01/13/2020
Period Ending: 01/26/2020
Pay Date: 01/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal:  0             Federal:
  State:    0             State:
  Local:    0             Local:
Social Security Number:   XXX-XX-XXXX

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 34.50 | 379.50 | 561.00 |
| Gross Pay | | | $379.50 | $561.00 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 34.50 | 51.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -23.33 | 26.86 |
| Social Security | -23.53 | 34.78 |
| Medicare | -5.50 | 8.13 |
| Pennsylvania State Income | -11.65 | 17.22 |
| Pennsylvania State UI | -0.23 | 0.34 |
| Penn Hills T Local Income | -6.64 | 9.82 |
| Penn Hills Twp Local | -2.00 | 4.00 |
| Net Pay | $306.62 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 306.62 |

Your federal taxable wages this period are $379.50

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Pay Date:    01/24/2020

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 306.62 |

THIS IS NOT A CHECK

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / XZ2 23743853 | 01/ | 124438 | 1 of 1 |

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

**Earnings Statement**

Period Starting: 12/30/2019
Period Ending: 01/12/2020
Pay Date: 01/10/2020

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   0              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number:    XXX-XX-XXXX

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 16.50 | 181.50 | 181.50 |
| Gross Pay | | | $181.50 | $181.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -3.53 | 3.53 |
| Social Security | -11.25 | 11.25 |
| Medicare | -2.63 | 2.63 |
| Pennsylvania State Income | -5.57 | 5.57 |
| Pennsylvania State UI | -0.11 | 0.11 |
| Penn Hills T Local Income | -3.18 | 3.18 |
| Penn Hills Twp Local | -2.00 | 2.00 |
| Net Pay | $153.23 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 16.50 | 16.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1104 | XXXXXXXXX | 153.23 |

Your federal taxable wages this period are $181.50

Mt Hope Cemetery
12707 Frankstown Rd
Pittsburgh, PA 15235

Pay Date:   01/10/2020

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1104 | XXXXXXXXX | 153.23 |

THIS IS NOT A CHECK

Dwayne Visk
1520 Arthur Drive
Verona, PA 15147