**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20361−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Dwayne Jeffery Visk
   aka Dewayne Visk
   1520 Arthur Drive
   Verona, PA 15147

Social Security No.:
   xxx−xx−5778

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>Telephone number: 412−241−1697 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 22, 2020<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 22, 2020<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Jeffery A. Deller
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 20-20361-JAD
Dwayne Jeffery Visk                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2        User: bsil                Page 1 of 2         Date Rcvd: Mar 25, 2020
                            Form ID: rscCOVID         Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Dwayne Jeffery Visk,    1520 Arthur Drive,   Verona, PA 15147-3124
cr             +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
cr             +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,   Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
15192309       +KML Law Group, PC,    Mellon Independence Center-Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
15217441       +Keystone Collections Group,    PO Box 505,   Irwin, PA 15642-0505
15217443       +Oakmont Water Authority,    PO Box 73,   Oakmont, PA 15139-0073
15192311       +PNC BANK,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
15192310       +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
15207901       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15207900       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15212311       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:06      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:37      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15217440        E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:37      Duquesne Light Company,
                 PAYMENT PROCESSING CENTER,    PO BOX 10,   Pittsburgh, PA 15230-0010
                                                                                              TOTAL: 3


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division Of Pnc Bank, National Ass
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15217442*      +KML Law Group, PC,    Mellon Independence Center-Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
15217447*      +PNC BANK,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
15217446*      +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
15217444*      +Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15217445*      +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
                                                                                     TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.   on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
```

```
District/off: 0315-2              User: bsil                  Page 2 of 2             Date Rcvd: Mar 25, 2020
                                  Form ID: rscCOVID           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                  TOTAL: 7