**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20361−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Dwayne Jeffery Visk
   aka Dewayne Visk
   1520 Arthur Drive
   Verona, PA 15147

Social Security No.:
   xxx−xx−5778

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Albert G. Reese Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
Telephone number: 412−241−1697

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 27, 2020
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
July 27, 2020
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/24/20

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20361-JAD
Dwayne Jeffery Visk                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Jun 24, 2020
                              Form ID: rsc13          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db              +Dwayne Jeffery Visk,    1520 Arthur Drive,    Verona, PA 15147-3124
cr              +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                 Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr              +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
15251793        +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh PA 15219-6101
15192309        +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15217441        +Keystone Collections Group,    PO Box 505,    Irwin, PA 15642-0505
15231435        +Municipality of Penn Hills,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
15217443        +Oakmont Water Authority,    PO Box 73,    Oakmont, PA 15139-0073
15192311        +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15192310        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15229418        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15207901        +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15207900        +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15212311        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 04:48:42      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
15217440         E-mail/Text: kburkley@bernsteinlaw.com Jun 25 2020 04:50:06      Duquesne Light Company,
                 PAYMENT PROCESSING CENTER,    PO BOX 10,    Pittsburgh, PA 15230-0010
15226923        +E-mail/Text: kburkley@bernsteinlaw.com Jun 25 2020 04:50:06      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Mortgage, A Division Of Pnc Bank, National Ass
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15217442*       +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15217447*       +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15217446*       +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15217444*       +Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15217445*       +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
                                                                                 TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                 Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: bsil                  Page 2 of 2              Date Rcvd: Jun 24, 2020
                                Form ID: rsc13              Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:

              Albert G. Reese, Jr.    on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James   Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 9