**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20361−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Dwayne Jeffery Visk
   aka Dewayne Visk
   1520 Arthur Drive
   Verona, PA 15147

Social Security No.:
   xxx−xx−5778

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Albert G. Reese Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
Telephone number: 412−241−1697

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 24, 2020
09:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
August 24, 2020
09:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/28/20

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dwayne Jeffery Visk  
    Debtor

Case No. 20-20361-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2      Date Rcvd: Jul 28, 2020  
                      Form ID: rsc13      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
```
db            +Dwayne Jeffery Visk,    1520 Arthur Drive,    Verona, PA 15147-3124
cr            +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr            +Penn Hills School District and Municipality of Pen,    Tax Division,
                c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                Pittsburgh, PA 15235-4441
15251793      +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh PA 15219-6101
15192309      +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
15217441      +Keystone Collections Group,    PO Box 505,    Irwin, PA 15642-0505
15231435      +Municipality of Penn Hills,    c/o Keystone Collections Group,    546 Wendel Road,
                Irwin, PA 15642-7539
15217443      +Oakmont Water Authority,    PO Box 73,    Oakmont, PA 15139-0073
15192311      +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15192310      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15229418      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15207901      +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
15207900      +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
15212311      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:42
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2020 04:28:43      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
15217440       E-mail/Text: kburkley@bernsteinlaw.com Jul 29 2020 04:29:14      Duquesne Light Company,
                PAYMENT PROCESSING CENTER,    PO BOX 10,    Pittsburgh, PA 15230-0010
15226923      +E-mail/Text: kburkley@bernsteinlaw.com Jul 29 2020 04:29:14      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
                                                                                               TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Mortgage, A Division Of Pnc Bank, National Ass
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15217442*     +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
15217447*     +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15217446*     +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15217444*     +Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
15217445*     +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
                                                                                 TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Jul 28, 2020
                              Form ID: rsc13          Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

```
          Albert G. Reese, Jr.    on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James    Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
           Association bkgroup@kmllawgroup.com
          James    Warmbrodt     on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```