FILED
8/24/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*FILING FEE PAID* (Yes) ___ No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Visk, Dwayne__    (JAD)/TPA/CMB/GLT

Case Number: __20-20361__

Date of Meeting: __8__/__24__/__20__    Recording # _____

Debtor(s) present ___ or Not Present ✓ ( ✓ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Reese, Al__ (Present ✓ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Case filed 1/31/20. No payments to date.

3rd missed / or rescheduled meeting.

Debtor's counsel advises that he has no defense to dismissal without prejudice. Appears to be first case. Trustee requests dismissal w/o prejudice.

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
✓ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting    OR ___ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee