Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dwayne Jeffery Visk** | : | Case No. 20−20361−JAD |
| **aka Dewayne Visk** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #25 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

    *AND NOW,* this *The 25th of August, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                 Jeffery A. Deller
                                                 United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-20361-JAD
Dwayne Jeffery Visk                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 2              Date Rcvd: Aug 25, 2020
                      Form ID: 309            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
```
db             +Dwayne Jeffery Visk,    1520 Arthur Drive,    Verona, PA 15147-3124
cr             +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
                 Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Penn Hills School District and Municipality of Pen,    Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
15251793       +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh PA 15219-6101
15192309       +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15217441       +Keystone Collections Group,    PO Box 505,    Irwin, PA 15642-0505
15231435       +Municipality of Penn Hills,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
15217443       +Oakmont Water Authority,    PO Box 73,    Oakmont, PA 15139-0073
15192311       +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15192310       +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15229418       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15207901       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15207900       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15212311       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15217440        E-mail/Text: kburkley@bernsteinlaw.com Aug 26 2020 03:51:36      Duquesne Light Company,
                 PAYMENT PROCESSING CENTER,    PO BOX 10,    Pittsburgh, PA 15230-0010
15226923       +E-mail/Text: kburkley@bernsteinlaw.com Aug 26 2020 03:51:36      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC Mortgage, A Division Of Pnc Bank, National Ass
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15217442*      +KML Law Group, PC,    Mellon Independence Center-Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15217447*      +PNC BANK,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15217446*      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15217444*      +Penn Hills Municipality,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15217445*      +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
                                                                                     TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: skoz                  Page 2 of 2                  Date Rcvd: Aug 25, 2020
                                  Form ID: 309                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

          Albert G. Reese, Jr.    on behalf of Debtor Dwayne Jeffery Visk areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          James   Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
           Association bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                          TOTAL: 9